UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ROBIN LEWIS, on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> INTIGRAL, INC., <br><br> Defendant. | CASE NO. 1:22-CV-02118 <br><br> JUDGE PAMELA A. BARKER <br><br> **JOINT SUPPLEMENT TO JOINT MOTION FOR APPROVAL OF SETTLEMENT** |

Pursuant to the Court's August 15, 2024 Order (Doc# 46), the Parties hereby submit their Joint Supplement addressing the following:

1. **General Settlement and Release Agreements for Plaintiff Lewis and Carlisle.**

Corrected General Settlement and Release Agreements are hereby submitted as Exhibit A and reflect the title of the Settlement Agreement. Any reference to a "confidential" Joint Stipulation of Settlement and Release was unintentional and is deleted.

2. **Total Number Participants, Opt-ins and the Settlement Amount.**

After completion on the draft settlement documents, information was discovered that Plaintiffs' counsel inadvertently left one opt-in (Rebecca Thompson) out of the calculation, while Defendants produced additional time records for that same individual. In addition, the Parties negotiated compensation for individuals who would not have overtime even after additional time was added to adjust for the alleged pre-shift work. The Parties negotiated an increase in the overall settlement amount and a reduction in attorneys' fees to address these issues. Unfortunately, not all references to the old information were revised in the drafts. The correct total number of class participants is 109 individuals. Robin Lewis and Laderrick Carlisle will receive service awards,

and are not included in the "opt-in" number. The total number of opt-in claimants is 107 individuals. Of those, 74 would recover for unpaid wages ("Overtime Claimants") and 33 would receive $20 minimum payments because they did not work overtime and could not recover unpaid wages under the FLSA ("Minimum Payment Claimants"). All individuals, except service award recipients Robin Lewis and Laderrick Carlisle, are included in a revised Appendix 1, attached hereto as Exhibit B. The total of individual payment amounts is $50,843.13. That number represents $50,183.13 payable to the Overtime Claimants and $660 payable to the Minimum Payment Claimants.

3. **Attorneys' Fees.**

The amounts related to attorneys' fees contained in the Settlement Agreement and Joint Motion were also errors resulting from initial drafts not being revised to correspond with subsequently discovered information and negotiation. The amount of attorneys' fees was reduced to compensate for additional individual payments, thus resulting in the discrepancy between the amount of time worked by Plaintiffs' counsel and the requested award. The initial amount of $78,622.64 was reduced by $660.00 to compensate for the money being paid to the Minimum Payment Claimants. The result was a requested fee of $77,962.74. However, that figure was again revised to partially adjust for Opt-in Thompson's payment. The correct amount of requested attorneys' fees is $77,931.00. That fee, combined with the service awards ($8,000.00), expenses ($3,373.00) and individual payments ($50,843.13) equal the total settlement of $140,147.13.

Updated, revised versions of the Joint Motion for Approval, Joint Stipulation of Settlement and Release and Attorney Robert Kapitan's Declaration are attached as Exhibit C.

Respectfully submitted,

| | |
|---|---|
| /s/ Robert B. Kapitan<br>Robert B. Kapitan (0074327)<br>Anthony J. Lazzaro (0077962)<br>THE LAZZARO LAW FIRM, LLC<br>The Heritage Building, Suite 250<br>34555 Chagrin Boulevard<br>Moreland Hills, Ohio 44022<br>(216) 696-5000<br>(216) 696-7005 (facsimile)<br>robert@lazzarolawfirm.com<br>anthony@lazzarolawfirm.com<br><br>Attorneys for Plaintiffs | /s/ Joel R. Hlavaty (per email consent)<br>Joel R. Hlavaty (0027005)<br>Megan E. Bennett (0095835)<br>Jonathan M. Scandling (0093905)<br>**FRANTZ WARD LLP**<br>200 Public Square, Suite 3000<br>Cleveland, Ohio 44114<br>(216) 515-1660<br>(216) 515-1650 (facsimile)<br>jhlavaty@frantzward.com<br>mbennett@frantzward.com<br>jscandling@frantzward.com<br><br>*Attorneys for Defendant* |

CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2024 a copy of the foregoing was sent to all parties by operation of the Court's electronic filing system. Parties may access the filing through the Court's system.

/s/ Robert B. Kapitan
One of the Attorneys for Plaintiff